UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABID H. QURESHI,<br><br>Plaintiffs,<br><br>-v-<br><br>LUFTHANSA GROUP BUSINESS SERVICES GMBH LLC et al.,<br><br>Defendants. | 26-CV-5755 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's August 18, 2026 Order, ECF No. 16, the parties were required to file their proposed case management plan and joint letter, the contents of which are described therein, no later than the Thursday prior to the upcoming conference – that is, August 20, 2026. To date, the parties have not filed their proposed case management plan and joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 24, 2026 at 12:00 PM**. Failure to file their proposed case management plan and joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge